| | |
|---|---|
| **GRIMM, VRANJES, McCORMICK & GRAHAM LLP**<br>Mark Vranjes, Esq. (SBN 106447)<br>Michael B. Martin, Esq. (SBN 147701)<br>550 West C Street, Suite 1100<br>Post Office Box 129012<br>San Diego, CA 92112-9012<br>TEL: (619) 231-8802<br>FAX: (619) 233-6039<br>mvranjes@gvmglaw.com<br><br>Attorneys for Defendant NORTH AMERICAN CAPACITY INSURANCE COMPANY | **KENEALY LAW OFFICE**<br>Jack Kenealy, Esq. (Cal. Bar No. 76987)<br>327 College Street, Suite 110<br>Woodland, California 95695<br>Telephone: (530) 669-7736<br>Facsimile: (530) 669-3615<br>kenealylaw@ymail.com<br><br>Attorneys for Plaintiff WILLIAM A. THAYER CONSTRUCTION, INC. |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT

| | |
|---|---|
| WILLIAM A. THAYER CONSTRUCTION, INC.<br><br>Plaintiff,<br><br>v.<br><br>NORTH AMERICAN CAPACITY INSURANCE COMPANY, and DOES 1-10,<br><br>Defendant. | **CASE NO:** C-10-01019 LHK ADR<br><br>STIPULATION AND ORDER REGARDING DISMISSAL OF CLAIMS FOR DAMAGES ARISING OUT OF PHYSICAL AND EMOTIONAL DISTRESS<br><br>Judge: Hon. Lucy H. Koh<br>Dept.: 4<br>Complaint Filed: 02/10/2010<br>Trial Date: None Assigned |

WHEREAS counsel for Plaintiff and Defendant have conferred regarding the scope of Plaintiff's claims against Defendant; and

WHEREAS counsel for Plaintiff has agreed to dismiss Plaintiff's claims for damages arising out of physical and emotional distress as set forth in the operative complaint and Disclosures on file herein;

NOW THEREFORE, the parties, by and through their counsel of record, hereby stipulate as follows:

///

///

///

///

1

STIPULATION AND ORDER

1. Plaintiff's claims for damages arising out of physical and emotional distress as set forth in the operative complaint and Disclosures on file herein shall be dismissed.

Dated: September 13, 2010

LAW OFFICES OF JACK KENEALY

BY: /s/ Jack Kenealy
JACK KENEALY
Attorney for Plaintiff WILLIAM A.
THAYER CONSTRUCTION, INC

Dated: September 13, 2010

GRIMM VRANJES
McCORMICK & GRAHAM LLP

BY: /s/
MARK VRANJES
MICHAEL B. MARTIN
Attorney for Defendant NORTH
AMERICAN CAPACITY INSURANCE
COMPANY

## ORDER

Based on the stipulation of the parties and for good cause, IT IS HEREBY ORDERED: Plaintiff's claims for damages arising out of physical and emotional distress shall hereby be dismissed.

Dated: November 10, 2010

BY: /s/ Lucy H. Koh
HONORABLE LUCY H. KOH
Judge of the United States District Court
For the Northern District of California