| | |
|---|---|
| GRIMM, VRANJES, McCORMICK & GRAHAM LLP<br>Mark Vranjes, Esq. (SBN 106447)<br>Michael B. Martin, Esq. (SBN 147701)<br>Todd E. Jaworsky, Esq. (SBN 234423)<br>550 West C Street, Suite 1100<br>Post Office Box 129012<br>San Diego, CA 92112-9012<br>TEL: (619) 231-8802<br>FAX: (619) 233-6039<br>mvranjes@gvmglaw.com<br>Attorneys for Defendant NORTH AMERICAN CAPACITY INSURANCE COMPANY | LAW OFFICES OF JACK KENEALY<br>Jack Kenealy, Esq. (SBN 76987)<br>Cecilia Moddelmog, Esq.<br>327 College Street, Suite 110<br>Woodland, CA 95695<br>(530) 669-7736; fax: (530) 669-3615<br><br>Attorneys for Plaintiff WILLIAM A. THAYER CONSTRUCTION, INC. |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM A. THAYER CONSTRUCTION, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>NORTH AMERICAN CAPACITY INSURANCE COMPANY, and DOES 1-10,<br><br>    Defendant. | CASE NO:   CV10-01019 LHK ADR<br><br>**JOINT STIPULATED MOTION TO AMEND CURRENT DISCOVERY PLAN**<br><br>Judge:     Hon. Lucy H. Koh<br>Dept.:      4<br>Complaint Filed: 02/10/2010<br>Trial Date:          07/11/2011 |

Pursuant to F.R.C.P. 16(b) and Civil L. R. 16-10 and 7-12, plaintiff WILLIAM A. THAYER CONSTRUCTION, INC. (hereinafter "THAYER") and defendant NORTH AMERICAN CAPACITY INSURANCE COMPANY (hereinafter "NAC"), submit the following Joint Stipulated Motion to Amend Current Discovery Plan as follows:

On November 11, 2010, this court issued a Minute Order and Case Management Order setting forth various dates regarding the discovery in this action (Doc. 27). With regard to this Joint Stipulated Motion, the expert disclosure deadline is currently set for January 10, 2011, while the rebuttal expert disclosure deadline is currently set for January 24, 2011.

As a result of some outstanding responses to discovery requests, the parties require additional time to review certain production of documents that will be forthcoming before the end of the year. These documents will likely need to be turned over to potential experts for review in preparation to

1

1  formulate their opinions for disclosure on the given expert deadlines. Because the parties would like
2  to allow the experts adequate time to evaluate such forthcoming documents, the parties request that
3  this court move the expert disclosure deadline fourteen (14) days to January 24, 2011, and also move
4  the rebuttal expert disclosure deadline fourteen (14) days to February 7, 2011. All other previous
5  deadlines would stay in tact, including the discovery cutoff (February 28, 2011), dispositive motion
6  deadlines (March 17, 2011), pre-trial conference date (May 25, 2011) and the jury trial date (July 11,
7  2011).

8        The parties believe that moving the expert disclosure and rebuttal deadlines fourteen (14)
9  days will not affect either party nor the court's already established deadlines set forth above.

10       In light of the above, THAYER and NAC respectfully request the discovery plan be altered
11 to reflect the new dates set forth above for the expert disclosure and rebuttal expert disclosure.

13 Dated: 12/21/10

GRIMM VRANJES
McCORMICK & GRAHAM LLP

BY: _____
MARK VRANJES
MICHAEL B. MARTIN
TODD E. JAWORSKY
Attorney for Defendant NORTH AMERICAN
CAPACITY INSURANCE COMPANY

20 Dated: _____

LAW OFFICES OF JACK KENEALY

BY: _____
JACK KENEALY
CECILIA MODDELMOG
Attorney for Plaintiff WILLIAM A. THAYER
CONSTRUCTION, INC.

26 S:\Cases\2166083\pld\jt stip mot amend disc plan 01.wpd

| | |
|---|---|
| Dated: 12-21-10 | LAW OFFICES OF JACK KENEALY<br><br>BY: _____<br>JACK KENEALY<br>CECILIA MODDELMOG<br>Attorney for Plaintiff WILLIAM A. THAYER CONSTRUCTION, INC. |

Pursuant to the parties' stipulation, the discovery deadlines are modified as set forth above.

IT IS SO ORDERED.

December 22, 2010                              *Lucy H. Koh*
Date                                           Honorable Lucy H. Koh
                                               United States District Judge

JOINT STIPULATED MOTION TO AMEND CURRENT DISCOVERY PLAN                CV10-01019 LHK ADR