**\*\* E-filed February 10, 2011 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM A. THAYER CONSTRUCTION, INC., <br><br> Plaintiff, <br> v. <br><br> NORTH AMERICAN CAPACITY INSURANCE COMPANY, <br><br> Defendant. | No. C10-01019 LHK (HRL) <br><br> **ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO SHORTEN TIME** <br><br> [Re: Docket No. 30] |

On February 4, 2011, Defendant filed a motion to compel the depositions of Jack Kenealy and Cecilia Moddelmog. Docket No. 33. Defendant also filed an administrative motion to shorten the time for the hearing on its discovery motion. Docket No. 30. Good cause being shown, the Court GRANTS Defendant's administrative motion. However, Defendant's discovery motion will not be heard on February 22, 2011 as requested. Instead, the motion shall be heard on **March 1, 2011 at 10:00 a.m.**, and, since Plaintiff's opposition has already been filed (Docket No. 34), any reply shall be filed **no later than February 15, 2011**.

**IT IS SO ORDERED.**

Dated: February 10, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C10-01019 LHK (HRL) N**otice will be electronically mailed to:

| | |
|---|---|
| John Patrick Kenealy | jackkenealy@ymail.com, kenealylaw@ymail.com |
| Michael Blair Martin | mmartin@gvmglaw.com |
| Todd Evan Jaworsky | tjaworsky@gvmglaw.com |

**Please see General Order 45 Section IX C.2 and D; Notice has NOT been electronically mailed to:**

Mark Vranjes
Grimm Vranjes McCormick & Graham LLP
550 West C Street
Suite 100
POB 129012
San Diego, CA 95112-9012

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**