**LAW OFFICES OF JACK KENEALY**
JACK KENEALY – SBN 76987
327 College Street. Suite 103
Woodland, CA 95695
TEL:  (530) 669-7736
FAX: (530) 669-3615
jackkenealy@ymail.com
wmoddelmog@sbcglobal.net

Attorneys for Plaintiff WILLIAM A. THAYER
CONSTRUCTION, INC.

**GRIMM, VRANJES, McCORMICK & GRAHAM LLP**
MARK VRANJES – SBN 106447
MICHAEL B. MARTIN – SBN 147701
TODD E. JAWORSKY – SBN 234423
550 West C Street, Suite 1100
San Diego, CA  92101
TEL:  (619) 231-8802
FAX: (619) 233-6039
mvranjes@gvmglaw.com
mmartin@gvmglaw.com
tjaworsky@gvmglaw.com

Attorneys for Defendant NORTH AMERICAN CAPACITY
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM A. THAYER CONSTRUCTION, INC.<br><br>Plaintiff,<br><br>v.<br><br>NORTH AMERICAN CAPACITY INSURANCE COMPANY, and DOES 1-10.<br><br>Defendants. | Case No. CV10-01019 LHK ADR<br><br>**STIPULATED DISMISSAL AND DISMISSAL WITH PREJUDICE OF NORTH AMERICAN CAPACITY INSURANCE COMPANY FROM PLAINTIFF'S COMPLAINT AND PLAINTIFF'S COMPLAINT IN ITS ENTIRETY AND [Proposed] ORDER THEREON**<br><br>Judge:  Hon. Lucy H. Koh<br>Courtroom:  4<br>Complaint Filed:     2/10/2010<br>Trial Date:          7/11/2011 |

IT IS HEREBY STIPULATED by and between Plaintiff WILLIAM A. THAYER

CONSTRUCTION, INC. ("Thayer") and Defendant NORTH AMERICAN CAPACITY

INSURANCE COMPANY ("NAC") through their respective attorneys of record that, pursuant to Federal Rules of Civil Procedure Rule 41(a)(1) and (2), Thayer's Complaint against NAC shall be dismissed with prejudice in its entirety.  With respect to any other party, other than NAC or its parent company or any subsidiary, it is stipulated that the action shall be dismissed without prejudice, and that this Court enter an Order of Dismissal with Prejudice of NAC from Thayer's Complaint, Case No. CV10-1019 LHK ADR.

The Court shall retain jurisdiction regarding all disputes between the parties arising out of the settlement agreement including, but not limited to, interpretation and enforcement of the terms of the settlement agreement.

Dated: 3-16, 2011

GRIMM VRANJES
McCORMICK & GRAHAM LLP

BY: _____
MARK VRANJES
MICHAEL B. MARTIN
TODD E. JAWORSKY
Attorneys for Defendant NORTH
AMERICAN CAPACITY INSURANCE
COMPANY

Dated: 3-14, 2011

LAW OFFICES OF JACK KENEALY

BY: _____
JACK KENEALY
Attorney for Plaintiff WILLIAM A.
THAYER CONSTRUCTION, INC.

## ORDER ON NOTICE OF DISMISSAL WITH PREJUDICE OF ALL
## DEFENDANTS AND PLAINTIFF'S COMPLAINT IN ITS ENTIRETY

**IT IS HEREBY ORDERED** that Defendant NORTH AMERICAN CAPACITY INSURANCE COMPANY is dismissed with prejudice from Plaintiff WILLIAM A. THAYER CONSTRUCTION, INC.'s ("Thayer") Complaint, Case No. CV10-01019 LHK ADR. Additionally, Thayer's Complaint is dismissed in its entirety.

The Court shall retain jurisdiction regarding all disputes between the parties arising out of the settlement agreement including, but not limited to, interpretation and enforcement of the terms of the settlement agreement.

Dated:   March 21, 2011

*Lucy H. Koh*
United States District Judge

S:\Cases\2166083\pld\cont disc dates stip 2 wks.wpd

STIPULATION/[PROPOSED] ORDER CONTINUING DISCOVERY DATES   CASE NO. CV10-1019LHK ADR

3